UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR CRUZ,<br><br>            Plaintiff,<br><br>     v.<br><br>BNSF RAILWAY COMPANY,<br><br>            Defendant. | No. CV-06-5066-FVS<br><br>ORDER OF DISMISSAL |

The parties having stipulated to the dismissal of this action with prejudice and without attorneys' fees or costs to any party,

**IT IS HEREBY ORDERED:**

1. Pursuant to the parties' Stipulation of Dismissal, **Ct. Rec. 39**, and Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE** as to the Defendant and without attorneys' fees or costs to any party.

2. The Defendant's Motion For Extension of Time to Respond to Discovery Requests, **Ct. Rec. 24**, is **DENIED AS MOOT.**

3. The Defendant's Motion to Admit Pro Hac Vice, **Ct. Rec. 29**, is **DENIED AS MOOT.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this   20th   day of February, 2008.

                    s/ Fred Van Sickle
                    Fred Van Sickle
                United States District Judge

ORDER OF DISMISSAL- 1